UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2016 NOV 22 P 3:21

U.S. DISTRICT COURT
EASTERN DIST. TENN.

DEPT. CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **3:16-cr-131** |
| **MARCUS WASHINGTON** | ) | **Judge Jordan /Guyton** |
| | ) | |
| **Defendant.** | ) | |

**INFORMATION**

The United States Attorney for the Eastern District of Tennessee charges that:

Beginning in or about August 2013, and continuing through in or about September 2013, all dates being approximate and inclusive, in the Eastern District of Tennessee and elsewhere, Defendant **MARCUS WASHINGTON** did knowingly combine, conspire, and agree with an individual known to the United States to violate Title 18, United States Code, Section 1591(a), that is, to knowingly in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and a combination of such means, would be used to cause that person to engage in a commercial sex act.

All in violation of 18 U.S.C. § 1594(c).

NANCY STALLARD HARR
United States Attorney
Eastern District of Tennessee

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice

for/ Brooklyn Sawyers with permission
William E. Nolan
Civil Rights Division Trial Attorney

for/ Brooklyn Sawyers with permission
Rose E. Gibson
Civil Rights Division Trial Attorney